DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CALLI LYNN KIM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2199
_____

February 20, 2026

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Calli Lynn Kim, pro se.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


LaROSE, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.